William Youmans, Appellant, v. Sherrill E. Smith and George H. Paine, Respondents. — Judgment reversed on the exceptions and a

# 614 DECISIONS IN CASES NOT REPORTED.

new trial ordered, with costs to abide the event.

ment reversed and a new trial ordered, with costs to abide the event.